IN RE: In the Matter of the Complaint of COHENSEA MARINE COMPANY LIMITED and Chinese-Polish Joint Stock Shipping Company, owner of the M/V Adam Asnyk, for Exoneration from or Limitation of Liability

Cohensea Marine Company Limited; Chinese-Polish Joint Stock Shipping Company, as owner and manager, respectively, of the M/V Adam Asnyk, for exoneration from or limitation of liability, Petitioners-Appellants

v.

American Longshore Mutual Association, Limited; Roel Lopez, Claimants-Appellees

No. 16-20665
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed March 8, 2017

Robert L. Klawetter, Christina K. Schovajsa, Eastham, Watson, Dale & Forney, L.L.P., Houston, TX, for Petitioners-Appellants

James Randolph Koecher, Brown Sims, P.C., Houston, TX, for Claimant-Appellee American Longshore Mutual Association, Limited

Scott Parker Armstrong, Clyde J. Jackson, III, Esq., Abraham, Watkins, Nichols,

Sorrels, Agosto & Friend, Houston, TX, Claimant-Appellee Roel Lopez

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

We affirm the district court order lifting the stay. The waiver in Claimants' Stipulation is sufficiently broad to encompass both issue preclusion and res judicata.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.